# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**ROBERT DRAFT**
ADC #160040                                                                                      **PLAINTIFF**

v.                              No. 2:20-cv-102-DPM

**ASA HUTCHINSON, Governor,**
**State of Arkansas,** *et al.*                                                        **DEFENDANTS**

## JUDGMENT

Draft's claims against Governor Hutchinson and Attorney General Rutledge are dismissed with prejudice. All his other claims are dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 August 2020